LORNE R. CAMPBELL, M.D., Appellant, v MARY OBEAR, M.D., Ph.D., Respondent. (Appeal No. 2.) [807 NYS2d 922]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered November 30, 2004. The order, among other things, denied the motion of plaintiff for leave to renew his opposition to defendant's second preclusion motion, denied plaintiff's motion for discovery and granted defendant's cross motion for sanctions.

LORNE R. CAMPBELL, M.D., Appellant, v MARY OBEAR, M.D., Ph.D., Respondent. (Appeal No. 3.) [807 NYS2d 923]—Ap-

peal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered March 30, 2005. The order, among other things, awarded defendant attorney's fees in the amount of $10,000 plus $115 for disbursements.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously reversed on the law without costs.

Same memorandum as in *Campbell v Obear* (26 AD3d 877 [2006]). Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Smith, JJ.